## Morgan v. Dean Phipps Stores (et al., Appellant).

Argued January 4, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry P. O'Neill, Jr.,* with him *Walsh and O'Neill,* for appellant.

*Hugh J. McMenamin,* with him *Warren, Hill, Henkelman & McMenamin,* for appellee.

OPINION BY MR. JUSTICE EAGEN, March 15, 1968:

This is an appeal from an order entered below permitting the original defendant in an action of assumpsit to join the appellant as an additional defendant. The appeal is from an interlocutory order from which an appeal does not lie. See *Magaro v. Metropolitan Edison Co.*, 315 Pa. 369, 172 A. 865 (1934); *Tallarico v. Autenreith*, 343 Pa. 325, 22 A. 2d 700 (1941). See also, Annot., 16 A.L.R. 2d 1023, 1027 (1951).

In fairness to appellant's counsel, we note that in *Coppage v. Smith*, 381 Pa. 400, 113 A. 2d 247 (1955), this Court did entertain an appeal from an order similar to the one here involved. The question of the appealability of the order was not therein raised and the Court inadvertently passed upon the merits of the appeal. This action was improvident.

Appeal quashed.